United States District Court
Southern District of Texas
**ENTERED**
November 05, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JONATHON REY CHAVEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:21-CV-072 |
| | § | |
| BOBBY LUMPKIN, | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

In May 2021, Petitioner Jonathan Rey Chavez filed a petition for a writ of habeas corpus by a person in state custody, pursuant to 28 U.S.C. § 2254. (Petition for Writ, Doc. 1) Chavez petitions the Court for a writ of habeas corpus on seven grounds: (1) he received ineffective assistance of counsel; (2) his aunt was the real accessory after-the-fact; (3) the evidence was insufficient to convict him; (4) he is actually innocent of the crime; (5) counsel failed to investigate the case; (6) the District Attorney committed a *Brady* violation; and (7) he was denied a jury trial. (*Id.* at 6–9)

Respondent filed a Motion for Summary Judgment, arguing, among other things, that Chavez's petition was barred by the statute of limitations under the Anti-Terrorism and Effective Death Penalty Act. (MSJ, Doc. 16, 6) A United States Magistrate Judge recommended that the Petition be dismissed as untimely filed, or, alternatively, denied as meritless. (R&R, Doc. 17) After Respondent objected to the calculation of the statute of limitations in the Report and Recommendation (Objections, Doc. 19), the Magistrate Judge issued an Amended Report and Recommendation, effectively adopting the Respondent's calculation of the limitations period, and maintaining the same recommendation as within the initial Report and Recommendation. (Amended R&R, Doc. 21) The Amended Report and Recommendation rendered moot the Respondent's objections to the initial Report and Recommendation.

No party filed objections to the Amended Report and Recommendation. The Court finds no plain error in the Amended Report and Recommendation.

As a result, it is:

**ORDERED** that the Amended Report and Recommendation (Doc. 21) is **ADOPTED**;

**ORDERED** that Respondent's Motion for Summary Judgment (Doc. 16) is **GRANTED**; and

**ORDERED** that Petitioner Jonathan Rey Chavez's Petition for a Writ of Habeas Corpus by a Person in State Custody (Doc. 1) is **DISMISSED** as untimely filed, or alternatively, **DENIED** as meritless.

The Clerk of Court is directed to close this matter.

Signed on November 5, 2021.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge